UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM R. CUNNINGHAM and CUNNINGHAM ELECTRONICS CORPORATION,<br><br>　　　　Plaintiffs/Counterdefendants,<br><br>　v.<br><br>POSNET SERVICES, LLC,<br><br>　　　　Defendant/Counterplaintiff,<br><br>　and<br><br>MARK SMITH,<br><br>　　　　Defendant. | Case No. 05-cv-4191-JPG |
| POSNET SERVICES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM R. CUNNINGHAM and CUNNINGHAM ELECTRONICS CORPORATION,<br><br>　　　　Defendants. | Consolidated with<br>Case No. 06-cv-4033-JPG |

## **JUDGMENT**

　　　　This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and the plaintiffs having settled others,

　　　　IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff/counterdefendant William R. Cunningham and against defendant/counterplaintiff POSnet Services, LLC, on the portion of Counterclaim Count I for breach of contract for failing to provide settlement services and coupon terminals;

　　　　IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendant/counterplaintiff POSnet Services, LLC and against plaintiffs/counterdefendants William R. Cunningham and Cunningham Electronic Corporation on Count II for breach of ¶9(c) of the Joint Venture Agreement; and

IT IS FURTHER ORDERED AND ADJUDGED that all remaining claims and counterclaims in this case are dismissed with prejudice.

The Court retains jurisdiction to conduct contempt proceedings.

**DATED:  May 8, 2008**                                **NORBERT JAWORSKI**

                                                           **By:s/Deborah Agans, Deputy Clerk**

**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**